# United States District Court

**FILED**
DEC 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia

Kevin M. Holt,
Plaintiff,

V

Francisco Quintana, et al.,
Defendants

**Application To Proceed In Forma Pauperis, Supporting Documentation and Order**

CASE NUMBER: 07 2174

I, Holt, Kevin # 14325-045 ___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff         ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ (other)

in the above entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Bivens Action violations

In further support of this application, I answer the following questions:

1. Are you presently employed?                                    ☒ Yes  ☐ No

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List both gross and net salary)

    $100.00 per month
    UNICOR
    F.C.I. Beaumont
    Beaumont, TX. 77720

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    N/A

2. Have you received within the last twelve months any money from any of the following sources?

    a. Business, profession or other forms of self-employment      ☐ Yes ☒ No
    b. Rent payments, interest or dividends?                        ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments?              ☐ Yes ☒ No
    d. Gifts or inheritances?                                       ☒ Yes ☐ No
    e. Any other sources?                                           ☐ Yes ☒ No

**RECEIVED**
OCT 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

See attached list for unanticipated gifts.

3. Do you own any cash, or do you have any money in checking or savings accounts?

   ☒ Yes   ☐ No   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   $91.00 in commisary (prison) account

4. Do you own or do you have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   ☐ Yes   ☒ No
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent on you for support, state your relationship to Those persons, and indicate how much you contribute toward their support.

   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/OCT/07
            (Date)                              (Signature of Applicant)

## Certificate
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 91 81/100 on account to his credit at the FCC Beaumont - USP institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution  None.

I further certify that during the last six months the applicant's average balance was $ 146.56.

_____
(Authorized Officer of Institution)

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge or Magistrate    Date | United States Judge or Magistrate    Date |