Kevin M. Holt
14325-045
F.C.I. Beaumont-Low
P.O. Box 26020
Beaumont, TX. 77720

Clerk's Office
U.S. District Court
333 Constitution Ave. N.W.
Washington, DC. 20001

07-2174 (RCL)

11 December 2007

Dear Court Clerk,

I have received Judge Huvelle's descision on my request to proceed in forma pauperis. I wish to inform your office that I have forwarded a Form 24 to the proper authorities at my institution to remove the proper fees required to proceed and remit them to your office.

I am unaware how long it takes to process such paperwork or how much time I have to pay the required fees. I hope this letter serves as notice of my intent to comply.

Sincerely,

Kevin M. Holt
Civil Action No. 07 2174 RCL

RECEIVED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT