Fill out form and print 4 copies. Sign and date all copies and route as specified below.

Case 1:07-cv-02174-RCL    Document 7    Filed 12/21/2007    Page 1 of 1

U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: M. Maldonado, Reg'l. Director
South Central Region
4211 Cedar Springs, Ste. 300
Dallas, TX 75219

Civil Action, File Number 07-2174 RCL

Kevin M. Holt

v.

Francisco Quintana, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within    days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

07-2174  12-10-07

If you do not complete and return the form to the sender within    days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days of the date shown below of all defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I certify that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____
(Signature USMS Official)

SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at the following address:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M. Maldonado, Reg'l. Director
South Central Region
4211 Cedar Springs, Ste. 300
Dallas, TX 75219

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Teresa A. Hubbard  ☑ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 12/14/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 6579 1736

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

**RECEIVED**
DEC 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USM Form-299
Rev. 10/03
Automated 10/03