**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Harrell Watts
National Appeal Administrator
BOP
320 First St., NW
Washington, DC 20543

Civil Action, File Number 07-2174 RCL

Kevin M. Holt
v.
Francisco Quintana, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within    days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within    days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must ... ral defendants. If you fail to do so, ... int.

... eipt of Summons and Complaint By Mail

... *AS Official)*

... ND COMPLAINT

... the complaint in the above captioned

... Entity/Authority to Receive

... ss

Signature _____    Date of Signature _____

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrell Watts, BOP
National Appeal Administration
320 First Street, NW
Washington, DC 20543

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. Johnson        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S. Johnson
C. Date of Delivery: 12/17/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 7140 3944

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**
DEC 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT