U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Sharon Baird, Unit Manager
Beaumont F.C.I.-Low
POB 26025
Beaumont, TX 77720

Civil Action, File Number 07-2174 RCL

Kevin M. Holt
v.
Francisco Quintana, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If ___ days, you (or the party on whose behalf you are being served) must ___ a summons and complaint in any other ___ al defendants. If you fail to do so, ___ int.

___ ipt of Summons and Complaint By Mail

_____
(S Official)

D COMPLAINT

the complaint in the above captioned

Relationship to Entity/Authority to Receive

RECEIVED
DEC 3 1 2007

_____
City, State and Zip Code

Service of Process

_____
Signature

Date of Signature

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sharon Baird, Unit Manager
Beaumont F.C.I. - Low
POB 26025
Beaumont, TX 77720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P Burke    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
P Burke

C. Date of Delivery
12-14-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0004 6579 1743

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(handwritten: 07-2174  JR-T  to 12-10-07)

U.S. Department of Justice
United States Marshals Service



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Franciso Quintana, Deputy Warden
Beaumont F.C.I.-Low
POB 26025
Beaumont, TX 77720

Civil Action, File Number 07-2174 RCL

Kevin M. Holt
v.
Francisco Quintana, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so,

07-2174    12-10-07    ???

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  P. Burke    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  P. Burke    C. Date of Delivery 12/14/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Franciso Quintana, Deputy Warden<br>Beaumont F.C.I. - Low<br>POB 26025<br>Beaumont, TX 77720 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0004 6579 1767 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

...t of Summons and Complaint By Mail

_____ Official)

) COMPLAINT

ie complaint in the above captioned

**RECEIVED**

tity/Authority to Receive
DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO: J. Griffin, Unit TB Case MGR
Beaumont F.C.I.-Low
POB 26025
Beaumont, TX 77720

Civil Action, File Number 07-2174 RCL

Kevin M. Holt
v.
Francisco Quintana, et al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Griffin, Unit TB Case MGR
Beaumont F.C.I. - Low
POB 26025
Beaumont, TX 77720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  P Burke         ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
P Burke                        12-14-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 6579 1750

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED DEC 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03