UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN M. HOLT )<br>#14325-045 )<br>F.C.I. - Beaumont )<br>POB 26020 )<br>Beaumont, Texas 77720 )<br>        )<br>        Plaintiff )<br>    v. )<br>        )<br>Francisco Quintana, et al. )<br>Warden Beaumont-Low )<br>        )<br>        Defendant. )<br>        ) | Civil Action No.: 07-2174 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for the federal Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Kevin M. Holt, by mail postage pre-paid and addressed as follows:

**KEVIN M. HOLT**
R14325-045
BEAUMONT LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 26020
BEAUMONT, TX 77720
PRO SE

/s/
KENNETH ADEBONOJO

Assistant United States Attorney

555 4th St., N.W.

Washington, D.C. 20530

(202) 514-7157

kenneth.adebonojo@usdoj.gov