UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN M. HOLT,<br><br>       Plaintiff<br><br>       v.<br><br>FRANCISCO QUINTANA, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2174 (RCL)<br>) (ECF)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Francisco Quintana, and Harrell Watts as well as the Federal Bureau of Prisons ("BOP") (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due February 11, 2008. Defendants request to and including March 12, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, attempts to bring this Bivens action against the Defendants.[1] Because Plaintiff appears to allege a Bivens action, the individual federal Defendants sued may request legal representation by the Department of Justice ("DOJ"). 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ, if the request is approved, this Office would likely be appointed as counsel. The process begins, however, with a request from the federal employees and their respective agency. That process is underway for

---

[1] By way of this motion for an extension of time, the individual federal defendants do not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

all Defendants. This enlargement will enable time to obtain approval for all named Defendants and the filing of a single response for all.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

February 10, 2008                             Respectfully submitted,

                                                   /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                   /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                   /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Kevin M. Holt
Beaumont F.C.I. - LOW
Reg. #14325-045
POB 26020
Beaumont, TX 77720

on this 10th day of February 2008.        _____/s/_____
                                                                KENNETH ADEBONOJO
                                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN M. HOLT,<br><br>       **Plaintiff**<br><br>       v.<br><br>FRANCISCO QUINTANA, et al.<br><br>       **Defendants.** | Civil Action No. 07-2174 (RCL)<br>(ECF) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before March 12, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Kevin M. Holt
Beaumont F.C.I. - LOW
Reg. #14325-045
POB 26020
Beaumont, TX 77720