CLERK'S OFFICE
U.S. DISTRICT COURT
U.S. COURTHOUSE
333 CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20001

29 FEBRUARY 2008

DEAR MS. MAYER-WHITTINGTON,

I AM THE PLAINTIFF IN CIVIL ACTION # 07 2174, KEVIN M. HOLT V. FRANCISCO QUINTANA, ET AL. THIS LETTER IS TO INFORM YOU OF MY CHANGE OF ADDRESS.

AS OF THIS DATE I HAVE NOT RECIEVED NOTICE OF SERVICE TO THE DEFENDANTS. AS SUCH, I AM REQUESTING THE COURT TO MAKE THE RECORD REFLECT MY CORRECT ADDRESS AND NOTIFY THE DEFENDANTS OF THE CHANGE. MY NEW ADDRESS IS:

> KEVIN M. HOLT 14325-045
> F.C.I. MILAN
> BOX 1000
> MILAN, MI. 48160

THANK YOU FOR YOUR TIME.

SINCERELY,

*[signature]*

KEVIN M. HOLT

RECEIVED
MAR 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT