## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN M. HOLT,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) **Civil Action No. 07-2174 (RCL)** |
| **v.** | ) **(ECF)** |
| | ) |
| **FRANCISCO QUINTANA, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO ENLARGE TIME
## TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to the Fed. R. Civ. P. 6(b)(1), Harrell Watts, National Appeals Administrator;

M. Moldonado, South Central Regional Director; Francisco Quintana, Deputy Warden, FCI

Beaumont-Low; J Griffin, Unit Case Manager; and Sharon Byrd, a case manager (collectively

'Defendants") by and through undersigned counsel hereby respectfully request an enlargement of

time for Defendants to file a response to the complaint in this case.  Defendants' response is due

March 12, 2008.  Defendants request to and including April 7, 2008, for all Defendants to file a

response to this complaint.  In support of this request, Defendants state the following:

1.    Representation authority of the Defendants has been approved and Defendants are

in the process of preparing a dispositive motion.  However, there are a few outstanding issues

that may need some additional development and documentation.

2.    In addition, the undersigned will be out of the office two days this week for

depositions in the matter of <u>Whitney v. USA</u>, 07-1005.

3.    The undersigned is also scheduled to argue the matter of <u>In re Collins</u>, 07-5358,

before the Circuit Court of Appeals this Friday.

4.    Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply

and the undersigned has not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute

order is respectfully requested.

March 10, 2008                                    Respectfully submitted,

                                                   _/s/_____
                                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                   United States Attorney


                                                   _/s/_____
                                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                   Assistant United States Attorney


                                                   _/s/_____
                                                   KENNETH ADEBONOJO
                                                   Assistant United States Attorney
                                                   Judiciary Center Building
                                                   555 4th Street, N.W. – Civil Division
                                                   Washington, D.C.  20530
                                                   (202) 514-7157
                                                   (202) 514-8780 (facsimile)

---

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## <u>CERTIFICATE OF SERVICE</u>

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File

Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Kevin M. Holt
Reg. #14325-045
Box 1000
Milan, Mi
48160

on this 10th day of March, 2008          _____/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney