IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin M. Holt,                )
    PLAINTIFF,            )
                              )
                              )
                              )
v.                            )    Civil Action No. 07-2174 (RCL)
                              )    (ECF)
                              )
                              )
Francisco Quintana, et al.    )
    DEFENDANTS.           )

### NOTICE OF ADDRESS CHANGE

NOTICE IS HEREBY GIVEN that the address for pro se Plaintiff, Kevin M. Holt, is changed to the address below, and that Mr. Holt may be served all process at said address.

    Respectfully Submitted,

    Kevin M. Holt
    Reg. No. 14325-045
    F.C.I. Milan
    P.O. Box 1000
    Milan, MI 48160
    PRO SE PLAINTIFF

**RECEIVED**

MAR 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I, Kevin M. Holt, the undersigned, hereby certify that I placed a true and correct copy of the foregoing NOTICE OF ADDRESS CHANGE in the U.S. Mail via the F.C.I. Milan inmate mail system, first class postage prepaid and properly addressed to the follow--ing on this day of March 9, 2008:

Kenneth Adebonojo
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

                                                        Kevin M. Holt
                                                        Reg. No. 14325-045
                                                        F.C.I. Milan
                                                        P.O. Box 1000
                                                        Milan, MI 48160
                                                        PRO SE PLAINTIFF