Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160
PRO SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kevin M. Holt,<br>    PLAINTIFF, | ) ) ) ) ) | |
| v. | ) ) ) ) | Civil No. 07-2174 (RCL) |
| Francisco Quintana, et al.,<br>    DEFENDANTS. | ) ) ) ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, Kevin M. Holt, pro se, and pursuant to Fed.R.Civ.P. 6(b), moves this Honorable Court for an Order extending time in which to file a response to the Defendant's motion to dismiss. In support hereof, the Plaintiff states and alleges as follows:

1.  The Plaintiff is proceeding pro se in these matters before this Court, and is not a person trained in the law.

2.  The Federal Correctional Institution at Milan, Mich--igan, is opperating at approximately double it's rated capacity and holds approximately 1300 prisoners at this time.

**RECEIVED**

MAY 1 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.  The Plaintiff is forced to compete with other prisoners for law library resources necessary to file a responsive pleading (i.e., law books, typewriters, study area, etc.).

4.  The issues raised by the Defendants in their motion to dismiss are multiple and complex in nature, and beyond the easy understanding of the Plaintiff.

5.  The Plaintiff will need additional time to research and prepare his responsive pleading in this matter.

6.  Fed.R.Civ.P. 6(b) et seq., provides this Court with positive authority to provide the additional time requested by the Plaintiff.

WHEREFORE, the Plaintiff moves this Honorable Court for an extension of time in which to file a responsive pleading to the Defendant's motion to dismiss until the date of June 1, 2008, and for such further relief as may be deemed fair, just and equitable in these matters now before this Court.

Respectfully Submitted,

Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160
PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I, Kevin M. Holt, the undersigned, hereby certify that I placed a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME in the U.S. Mail via the F.C.I. Milan inmate mail system, first class postage prepaid and properly addressed to the following on this day of April 28, 2008:

Kenneth Adebonojo
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160
PRO SE PLAINTIFF