Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. BOx 1000
Milan, MI 48160
PRO SE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Kevin M. Holt,<br>  PLAINTIFF, | ) ) ) ) ) | |
| v. | ) ) ) ) | Civil No. 07-2174 (RCL) |
| Francisco Quintana, et al.,<br>  DEFENDANTS. | ) ) ) | **RECEIVED**<br>MAY 2 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**PLAINTIFF'S COMBINED MOTION FOR CHANGE OF VENUE
AND TO STRIKE DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, Kevin M. Holt, pro se, and pursuant to 28 U.S.C. §1406 and Fed.R.Civ.P. 12(f), moves this Honorable Court for an Order to transfer this action to the Eastern District of Texas and strike defendants motion to dismiss as premature. In support hereof, the Plaintiff states as follows:

On April 17, 2008, the Defendants filed a lengthy MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER this civil action (emphasis added). Within said motion, the defendants argue that this action has been brought in the wrong district. Id. at 9-10.

The Plaintiff concedes that this action has been brought in the wrong district, and that it should have been filed in the

United States District Court for the Eastern District of Texas as required by 28 U.S.C. §1391(b) and/or (e). Accordingly, this action is not properly before this Court, and should be transferred to the Eastern District of Texas pursuant to 28 U.S.C. §1406(a). Following transfer of these proceedings, the Plaintiff intends to amend his complaint in that district to cure any defects present in the previously filed pro se pleading. Thus, it is in the interests of justice to transfer the complaint to the Eastern District of Texas, rather than continue these proceedings in this Court[1].

Against that backdrop, it is evident that this Court should strike the Defendant's motion to dismiss as premature and/or immaterial at this time, so that it may be filed later in the proper venue and court of jurisdiction, as justice requires and due process demands. See Fed.R.Civ.P. 12(f).

In the event that this Court denies Plaintiff's motion to transfer these proceedings to the proper venue, then he would move this Court for an order granting him leave to file an amended complaint to cure any deficiencies and/or grant him 30 days beyond the order denying transfer to file a response to defendant's motion to dismiss, so that meaningful due process may be had in this case.

---

1. If these matters were to be continued in the District of Columbia, the Plaintiff would be forced to file an amended complaint in this district, rather than filing in the proper venue. This would greatly complicate these proceedings, and would not serve the interests of justice or meaningful due process of law. Also, the defendant's arguments as to lack of in personam jurisdiction are necessarily argued in the proper venue and court of jurisdiction, and not in this one.

WHEREFORE, the Plaintiff moves this Honorable Court for an Order granting him the following relief:

(a) an order to TRANSFER this action to the United States District Court for the Eastern District of Texas;

(b) an order to STRIKE the Defendant's motion to dismiss as premature and/or immaterial at this time;

(c) if the order to transfer this action is denied, that he be granted leave to file an amended complaint for the purpose of curing any deficiencies in the initial pro se complaint; or

(d) if the request for leave to amend the complaint is denied, that Plaintiff be given an additional 30 days beyond the issuance of the order in which to file a response to the motion to dismiss;

(e) for such further relief as may be deemed fair, just, and equitable by this Honorable Court.

Respectfully Submitted,

_____
Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160
PRO SE PLAINTIFF

### CERTIFICATE OF SERVICE

I, Kevin M. Holt, the undersigned, hereby certify that I placed a true and correct copy of the foregoing MOTION in the U.S. Mail via the F.C.I. Milan inmate mail system, first class postage prepaid and properly addressed to the following on this day of May ____, 2008:

Kenneth Adebonojo
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, DC 20530

_____
Kevin M. Holt
Reg. No. 14325-045
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160
PRO SE PLAINTIFF