UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN M. HOLT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Civil Action No. 07-2174 (RCL) |
| | ) |
| FRANCISCO QUINTANA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Defendants filed a motion to dismiss or, in the alternative, to transfer this action to the United States District Court for the Eastern District of Texas. Plaintiff conceded that "this action has been brought in the wrong district, and that it should have been filed in the United States District Court for the Eastern District of Texas as required by 28 U.S.C. § 1391(b) and/or (e)." Plaintiff's Combined Motion for Change of Venue and to Strike Defendant's Motion to Dismiss at 1-2. The Court will grant both defendants' motion to transfer and plaintiff's motion to change venue. All other pending motions will be denied without prejudice.

Accordingly, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #16] and plaintiff's motion to strike defendants' motion to dismiss [Dkt. #20] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that defendants' motion to transfer [Dkt. #17] and plaintiff's motion to change venue [Dkt. #20] are GRANTED. It is further

ORDERED that this civil action is **TRANSFERRED** to the United States District Court for the Eastern District of Texas.

SO ORDERED.

/s/
ROYCE C. LAMBERTH
United States District Judge

DATE: May 29, 2008